UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSAN HOWARD, and others,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CVS CAREMARK CORP., and others,<br><br>　　　　　Defendants. | Case No. 13-cv-04009 NC<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

　　This case was transferred from the Central District of California. The Court will hold a case management conference on October 2, 2013 at 10:00 a.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California. The parties must file a joint case management statement, and consent to or decline the jurisdiction of a magistrate judge, at least one week prior to the conference.

　　IT IS SO ORDERED.

　　Date: August 30, 2013

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Nathanael M. Cousins
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No. 13-cv-04009 NC
ORDER SETTING CASE
MANAGEMENT CONFERENCE