1

2

3

4

5

6

7

8           **UNITED STATES DISTRICT COURT**

9          **NORTHERN DISTRICT OF CALIFORNIA**

10            **SAN FRANCISCO DIVISION**

11

| | |
|---|---|
| SUSAN HOWARD, and others, | Case No. 13-cv-04009 NC |
| Plaintiffs, | **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |
| v. | |
| CVS CAREMARK CORP., and others, | |
| Defendants. | |

17

18      In accordance with Civil Local Rule 3-12(c), **IT** IS HEREBY ORDERED that the

19   above captioned case is referred to Judge Elizabeth D. Laporte to determine whether it is

20   related to *Ortiz et al v. CVS Caremark Corporation et al*, No. 12-cv-05859 EDL.

21      IT IS SO ORDERED.

22      Date: October 1, 2013

23                                     Nathanael M. Cousins
                                       United States Magistrate Judge

24

25

26

27

28

Case No. 13-cv-04009 NC
SUA SPONTE JUDICIAL REFERRAL
RE: RELATING CASES