1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

**SAN FRANCISCO DIVISION**

11

SUSAN HOWARD, and others,

12

Plaintiffs,

13

v.

14

CVS CAREMARK CORP., and others,

15

Defendants.

16

Case No. 13-cv-04009 NC

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES**

17

18    In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the

19    above captioned case is referred to Judge Elizabeth D. Laporte to determine whether it is

20    related to *Ortiz et al v. CVS Caremark Corporation et al*, No. 12-cv-05859 EDL.

21    IT IS SO ORDERED.

22    Date: October 1, 2013

Nathanael M. Cousins
United States Magistrate Judge

23

24

25

26

27

28

Case No. 13-cv-04009 NC
SUA SPONTE JUDICIAL REFERRAL
RE: RELATING CASES